**Dawn M. SWEAZEA, Plaintiff/Appellant,**

v.

**Edward H. JOHNSON, Defendant,**

**St. Louis County, Defendant/Respondent,**

and

**St. Louis County, Missouri Department of Highways and Traffic, The City of Maryland Heights, American Family Mutual Insurance Company, and St. John's Mercy Medical Center, Defendants.**

No. 70869.

Missouri Court of Appeals, Eastern District, Division Two.

April 15, 1997.

Gerald M. Dunne, Kodner, Watkins, Muchnick & Dunne, L.C., St. Louis, for plaintiff/appellant.

Douglas B. Rudman, Assistant County Counselor, Clayton, for defendant/respondent.

Before CRANE, P.J., and GERALD M. SMITH and PUDLOWSKI, JJ.

### ORDER

PER CURIAM.

This is an appeal from the trial court's entry of summary judgment in favor of defendant St. Louis County in a negligence action. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).